1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  MEGAN T. HOPKINS, CA SBN #294141
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   ASHLEY MADDOX
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,     ) Case No. 1:17-cr-0167 DAD
                                   )
12 |        Plaintiff,              ) **DECLARATION OF CHRISTINE KESTLY**
                                   )
13 | vs.                            )
                                   )
14 | ASHLEY MADDOX,                 )
                                   )
15 |        Defendant.              )
                                   )
16 |_____)

17        I, Christine Kestly, hereby declare as follows:

18        1.   I am a friend of Ashley Maddox, who I have known for approximately 9 years.

19        2.   I am employed with Educational Employees Credit Union.

20        3.   I currently reside with my husband, Jeff Kestly, and my adult daughter, Caitlyn

21             Thalman, at 43669 Ranger Circle Dr., Coarsegold, CA 93614.

22        4.   Neither myself, my husband, or my daughter have any criminal record.

23        5.   My phone number is (559) 285-8854.

24        6.   I am aware that Ashley Maddox is facing criminal charges in the Eastern District

25             of California relating to production, receipt and distribution of sexually explicit

26             materials involving minor children, that is alleged to have occurred between

27             November 2015 and April 2016.

28        7.   Upon her release from custody, I anticipate that Ashley Maddox will reside with

me and my family at the address above in Coarsegold, CA.

8. In order to ensure that Ashley Maddox complies with the conditions of her pretrial release, I have added a password to secure access to the internet in my home. Ashley Maddox will not have access to that password, and will not be permitted to use the internet in our home.

9. No minor children reside in my home.

10. I understand that if Ashley Maddox resides with me, equipment for electronic monitoring will need to be installed in my home, and have agreed to facilitate that installation immediately upon her release.

11. I am willing to serve as a third-party custodian for Ashley Maddox.

12. I understand that I will owe a duty to the court, and I will notify the Court if any of the following occur while Ashley Maddox is on pretrial release:

- If Ashley Maddox does not comply with the location monitoring or reside with me upon her release, I will notify the Court.
- If Ashley Maddox attempts to access or accesses the internet, I will notify the Court.
- If Ashley Maddox attempts to communicate or communicates with any prohibited persons, including her daughter, I will notify the Court.
- If I learn that Ashley Maddox does not intend to appear in court for a required appearance, or attend any other meeting or appointment at the direction of Pretrial Services, I will notify the Court.

I declare under penalty of perjury that the matters herein as to which I have personal knowledge are true and correct.

Executed this 27 day of Sept., 2017, at Fresno, CA.

_Christine Kestly_
CHRISTINE KESTLY

2