| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | VICTOR CHAVEZ, SBN #113752 |
| | MEGAN T. HOPKINS, SBN #294141 |
| 3 | Assistant Federal Defenders |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | ASHLEY MADDOX |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-0167 DAD-BAM |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE; [~~PROPOSED~~] ORDER |
| vs. | ) | |
| | ) | Date: January 22, 2018 |
| ASHLEY MADDOX, | ) | Time: 1:00 p.m. |
| | ) | Judge: Hon. Barbara A. McAuliffe |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, counsel for the plaintiff, and Assistant Federal Defenders Megan T. Hopkins and Victor M. Chavez, counsel for defendant Ashley Maddox, that the status conference currently scheduled for November 13, 2017 at 1:00 p.m. be continued to January 22, 2018 at 1:00 p.m.

The parties are actively engaged in plea negotiations, but have not yet arrived at an agreement. The continuance is requested to permit the parties enough time to come to terms, draft a written plea agreement and execute the agreement. If the parties are able to do so prior to January 22, 2018, the parties will notify the Court and request the matter be advanced for a change of plea before the district judge.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein

for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through the November 13, 2017 status conference for *inter alia* defense trial preparation.

Respectfully submitted,

Phillip Talbert
United States Attorney

Date: November 7, 2017

*/s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: November 7, 2017

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
VICTOR M. CHAVEZ
Assistant Federal Defenders
Attorneys for Defendant
ASHLEY MADDOX

## O R D E R

**IT IS SO ORDERED.**

The 2nd Status Conference currently scheduled for November 13, 2017 is hereby continued to January 22, 2018 at 1:00 PM before Judge McAuliffe. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through January 22, 2018.


IT IS SO ORDERED.

Dated: __**November 7, 2017**__         /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE