| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | VICTOR CHAVEZ, SBN #113752 |
| | MEGAN T. HOPKINS, SBN #294141 |
| 3 | Assistant Federal Defenders |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | ASHLEY MADDOX |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-00167 DAD-BAM |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE; ORDER |
| vs. | ) | |
| | ) | Date: March 12, 2018 |
| ASHLEY MADDOX, | ) | Time: 1:00 p.m. |
| | ) | Judge: Hon. Barbara A. McAuliffe |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, counsel for the plaintiff, and Assistant Federal Defenders Megan T. Hopkins and Victor M. Chavez, counsel for defendant Ashley Maddox, that the status conference currently scheduled for January 22, 2018 at 1:00 p.m. be continued to March 12, 2018 at 1:00 p.m.

The parties are actively engaged in plea negotiations, but have not yet arrived at an agreement. The continuance is requested to allow for defense expert analysis of discovery provided by the government, and to permit the parties enough time to exchange and review further discovery, come to mutually agreeable terms, draft a written plea agreement and execute the agreement. If the parties are able to do so prior to March 12, 2018, the parties will notify the Court and request the matter be advanced for a change of plea before the district judge.

The parties agree that the delay resulting from the continuance shall be excluded in the

interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through the January 22, 2018 status conference for *inter alia* defense trial preparation.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: January 17, 2018      */s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 17, 2018      */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
VICTOR M. CHAVEZ
Assistant Federal Defenders
Attorneys for Defendant
ASHLEY MADDOX

**O R D E R**

**IT IS SO ORDERED.**

The status conference currently scheduled for January 22, 2018 is hereby continued to March 12, 2018. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through March 12, 2018.

IT IS SO ORDERED.

Dated: **January 17, 2018**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE