| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | VICTOR CHAVEZ, SBN #113752 |
| | MEGAN T. HOPKINS, SBN #294141 |
| 3 | Assistant Federal Defenders |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | ASHLEY MADDOX |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-00167 DAD-BAM |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE; ORDER |
| vs. | ) | |
| | ) | Date: September 24, 2018 |
| ASHLEY MADDOX, | ) | Time: 1:00 p.m. |
| | ) | Judge: Hon. Barbara A. McAuliffe |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, counsel for the plaintiff, and Assistant Federal Defenders Megan T. Hopkins and Victor M. Chavez, counsel for defendant Ashley Maddox, that the status conference currently scheduled for July 23, 2018 at 1:00 p.m. be continued to September 24, 2018 at 1:00 p.m.

The parties are actively engaged in plea negotiations, but have not yet arrived at an agreement. Additional discovery has been obtained by both parties, and needs to be exchanged and reviewed before negotiations can proceed. The continuance is requested to permit the parties enough time to exchange and review further discovery and come to mutually agreeable terms, draft a written plea agreement and execute the agreement. If the parties are able to do so prior to September 24, 2018, the parties will notify the Court and request the matter be advanced for a change of plea before the district judge.

1 | The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through the July 23, 2018 status conference for *inter alia* defense trial preparation.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: July 16, 2018           */s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: July 16, 2018           */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
VICTOR M. CHAVEZ
Assistant Federal Defenders
Attorneys for Defendant
ASHLEY MADDOX

**O R D E R**

**IT IS SO ORDERED** that the 4th Status Conference currently scheduled for July 23, 2018 is hereby continued to September 24, 2018 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through September 24, 2018.

IT IS SO ORDERED.

Dated: **July 17, 2018**           /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE