| | |
|---|---|
| HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender<br>MEGAN T. HOPKINS, CA SBN #294141<br>Assistant Federal Defender<br>Office of the Federal Defender<br>2300 Tulare Street, Suite 330<br>Fresno, California 93721-2226<br>Telephone: (559) 487-5561<br><br>Attorneys for Defendant<br>ASHLEY MADDOX | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>ASHLEY MADDOX,<br><br>*Defendant.* | Case No. 1:17-cr-00167-DAD<br><br>**ORDER FOR TEMPORARY RELEASE** |

Upon consideration of Defendant Ashley Maddox's motion for temporary release, IT IS HEREBY ORDERED that the motion is GRANTED as follows:

Ms. Maddox is to be brought to the grand jury interview room on the 4th floor of the United States District Courthouse in Fresno, CA by the United States Marshals Service (USMS) at **11:00 a.m. on August 28, 2018** in order to participate in an examination by a defense expert.

Ms. Maddox is then to be temporarily released to the third party custody of Federal Defender Staff, and shall remain on the 4th floor of the Courthouse in the presence of Federal Defender Staff until the conclusion of the examination, no later than 4:00 p.m. Immediately upon conclusion of the examination, counsel for Ms. Maddox is to notify USMS, so that she may be returned to Fresno County Jail by USMS.

USMS is directed to unshackle Ms. Maddox for the duration of the examination, while she is on the 4th floor in the third party custody of Federal Defender Staff. Ms. Maddox is ordered to abide by all laws, remain in the designated area on the 4th floor of the Courthouse, and to not consume any alcohol or controlled substance, prescribed or not, during the period of her temporary release. She may not have any contact with any minor or any other person who is not her attorney, the defense expert, or a staff member of the Federal Defender's Office who assists with the examination.

IT IS SO ORDERED.

Dated: **August 24, 2018**       /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE