IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ASHLEY MADDOX<br><br>　　　　　　　　Defendant. | CASE NO. 1:17-CR-00167 DAD-BAM<br><br>ORDER ON STIPULATION TO CHANGE TRIAL DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

**ORDER**

IT IS NOW ORDERED that the trial in this case will commence on April 30, 2019, at 8:30 a.m.

IT IS FURTHER ORDERED that the time period from September 24, 2018, through April 30, 2019, inclusive, is deemed excludable under 18 U.S.C. § § 3161(h)(1)(D), (h)(7)(A), (h)(7)(B)(i) and (iv), both based upon the parties representations at the September 24, 2018 hearing as well as in their subsequent stipulation and because it results from a continuance granted by the court at the parties' joint request on the basis of the court's finding that the parties have requested a schedule for filing of pretrial motions, continuity and availability of counsel, and the ends of justice are best served by taking such action and outweigh the interest of the public and the defendant in an earlier trial date.

IT IS SO ORDERED.

　Dated: __**September 28, 2018**__　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE