IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ASHLEY MADDOX,<br><br>　　　　　　　Defendant. | CASE NO. 1:17-CR-00167 DAD-BAM<br><br>ORDER TO EXTEND DEADLINES FOR RESPONSE AND REPLY REGARDING DEFENDANT'S MOTION FOR A BILL OF PARTICULARS |

**ORDER**

IT IS HEREBY ORDERED that the deadline for the Government's Response to Defendant's Motion for a bill of particulars is extended to December 17, 2018 and the deadline for the Defendant's Reply thereto is extended to December 31, 2018.

IT IS SO ORDERED.

Dated: __**December 10, 2018**__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE