MCGREGOR W. SCOTT
United States Attorney
DAVID GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

NADIA C. PRINZ
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
1400 New York Avenue NW, Suite 600
Washington, DC 20005 Telephone: (202) 514-3740
Facsimile: (202) 514-1793
E-mail: nadia.prinz @usdoj.gov


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ASHLEY MADDOX,<br><br>　　　　　　　　Defendant. | CASE NO. 1:17-CR-00167 DAD-BAM<br><br>GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR A BILL OF PARTICULARS |

　　　　The defendant has moved for a bill of particulars specifying: 1) what images or depictions the government intends to use to satisfy the "visual depiction" element of the offense charged in Counts One through Four; and 2) identifying which alleged minor victims are involved in Counts One and Three. The United States of America, by and through the United States Attorney for the Eastern District of California, responds as follows:

　　　　Where, as here, having provided full and complete discovery, the Government is not required to provide a bill of particulars. A defendant is not entitled to a bill of particulars as a matter of right. *See Wong*

*Tai v. United States*, 273 U.S. 77, 82 (1927). "The purposes of a bill of particulars are to minimize the danger of surprise at trial and to provide sufficient information on the nature of the charges to allow preparation of a defense… These purposes are served if the indictment itself provides sufficient details of the charges and if the Government provides full discovery to the defense." *United States v. Mitchell,* 744 F.2d 701, 705 (9th Cir. 1984) (internal citations omitted). *See also United States v. Ayers*, 924 F.2d 1468, 1483 (9th Cir. 1991) *and United States v. Giese*, 597 F.2d 1170, 1180 (9th Cir. 1979) ("Full discovery also obviates the need for a bill of particulars."). The Government has and continues to comply with its discovery obligations in this case, including the most recent discovery requests from the defense.

Nonetheless, in the interest of efficiency and transparency, the Government identifies the images to be introduced in support of each count below. The victims of Counts One and Three are the minors, Minor Victim #1 and Minor Victim #2, who are depicted in the sexually explicit images listed with respect to each count.  If the defense requires further identifying information with regard to these victims, the Government will provide this information orally, in a phone call at the defense's request,  or in a letter under separate cover, in order to continue to preserve the minor victims' privacy in accordance with 18 U.S.C. § 3509(d).

The list of images, identified by the government with respect to Counts One through Four below, consists of both the "charged" images which the Government intends to offer as the sexually explicit images charged in each count, as well as additional images which the Government intends to offer as evidence of the defendant's intent or knowledge and also as to the context, nature, and characteristics of the charged images. Where applicable, images are identified both by the file path listed in the Kik extraction reports, as well as by the actual file name.

To the extent that the Defendant's Motion seeks to identify which of the images to be introduced at trial meet the statutory definition of sexually explicit conduct, including lascivious exhibition, there is no obligation for the Government to specify which images meet such definition.  Whether an image is lascivious is question for the fact-finder. *See United States v. Overton,* 573 F.3d 679, 688 (9th Cir. 2009). *See also United States v. Arvin*, 900 F.2d 1385, 1390 (9th Cir. 1990) (whether a given photo is lascivious is a question of fact… a determination that lay persons can and should make); *United States v. Schuster*, 706 F.3d 800, 806 (7th Cir. 2013); *United States v. Hillie*, 289 F. Supp. 3d 188, 194 (D.D.C. 2018). By this Response, the Government indicates which relevant images will be introduced in support of each count. The Government's

opinion as to the ultimate issue for a particular image is not dispositive.

1. The Government intends to introduce the following images with regard to Count One of the Superseding Indictment, which is based on the defendant having produced the following 17 visual depictions of Minor Victim # 1 on or about November of 2015:

1) 06a67130-d1ca-4e6a-90ab-6302429b2dcb.png
2) a93dd870-1bf6-4319-854c-89f0a44d6190.png
3) 65d8887b-ae4e-4535-88fa-6765a6ae8f3d.jpg
4) dddee07f-8360-4fd1-a2ca-a2d49c47a3ec.png
5) 9983413b-f577-4649-b32a-cb5e93ced5b4.jpg
6) f7acfc6e-dc7f-4d24-a792-8e762a95aabf.jpg
7) bc6729a5-4ab5-433c-8dfd-f79daefeb70f.png
8) bc16dd0f-18c2-4180-997b-c821309e3e25.jpg
9) aeb73480-11d5-4ebc-be18-d2bdd38c4092.mp4
10) 53c1d64e-f3ec-40a3-9683-a59dbefab722.jpg
11) 37c4a768-ae91-40c9-aa0e-22e92c5c4ce5.mp4
12) 0e88ad41-ab3c-4c17-957c-2feeba375e0a.mp4
13) 400712ee-21d6-4347-a878-1678a4a02a28.png
14) d1c7905c-c247-459e-a82c-fbf16c6bc8af.jpg
15) 5ec3ae78-399d-4d6b-b9a5-deef96006bb4.png
16) ff75f0cb-860d-4c0e-a98d-6c7c0ae2944d.png
17) 7313e442-96f4-4fac-b9b8-2f136bbf2bf1.png

The government also intends to introduce three images which are screenshots of messages between the Defendant and Scott Trader, as further evidence of the defendant's intent, knowledge, or other relevant context with regard to Count One.

18) Screenshot_2015-11-05-00-28-36.png
19) Screenshot_2015-11-05-21-45-52.png
20) Screenshot_2015-11-05-22-37-48.png

2. The Government intends to introduce the following images in support of Count Two of the Superseding Indictment, which is based on the defendant having received these five images from Scott Trader, on dates between approximately November 5, 2015, and December 30, 2015:

1) https://platform.kik.com/content/files/ecaee2f1-9a7b-43ed-98ac-977db7e2968a?k=458fa68cbf8ade73dae2fa89a5aa1431ffd67c94 or ecaee2f1-9a7b-43ed-98ac-977db7e2968a.mp4

2) https://platform.kik.com/content/files/2198e0a7-96f5-4e3d-95a5-647ebc69e7da?k=89a2990948797f5bea1fa6321fa6433ea69a72a9 or 2198e0a7-96f5-4e3d-95a5-647ebc69e7da.mp4

3) https://platform.kik.com/content/files/3df2184b-af32-4065-a41c-55e2fb655099?k=c1c8b5f137448a1d6d88875bccfe8c3baca44a03 or 3df2184b-af32-4065-a41c-55e2fb655099.mp4

4) https://platform.kik.com/content/files/deaa8dc1-2364-43b0-8be0-8029a0d478f1?k=78308917d13a9979486909846d0fcd75d5aa49c4 or deaa8dc1-2364-43b0-8be0-8029a0d478f1.mp4

5) https://platform.kik.com/content/files/ed210480-5895-4341-8fba-249be9ce46d6?k=91baaed43c7286d2cdfc764f284d12ad32f7f470 or ed210480-5895-4341-8fba-249be9ce46d6.jpg

3. Count Three of the Superseding Indictment is based on the defendant having aided and abetted Scott Trader to produce the images of child pornography which are listed below and which depicted Minor Victim #2, on dates between approximately January 5, 2016, and April 24, 2016. Count Four is based upon the defendant's receipt, between approximately January 5, 2016, and January 20, 2016, of these same images, as well as the receipt of a video (image 22) which depicts an as yet unidentified infant victim. Accordingly, the government intends to introduce the following images as evidence of the defendant's conduct with regard to these two counts:

1) https://platform.kik.com/content/files/be2ae11c-cd5f-4b33-8b3e-56803af5282b?k=7efdbb2ef70841c23a08294afbcaea615af9f541 or be2ae11c-cd5f-4b33-8b3e-56803af5282b.jpg

2) https://platform.kik.com/content/files/97add8d0-22b8-4aff-b5df-c77d824f39e8?k=de670cf415c7419ca4e7e13d875daec5f19bc216 or 97add8d0-22b8-4aff-b5dfc77d824f39e8.jpg

3) https://platform.kik.com/content/files/0831256d-3055-4fbb-b1ca-6df174d49b44?k=accf8df88b86e42aa3388820b3fc26298daf85a3 or 0831256d-3055-4fbb-b1ca-6df174d49b44.jpg

4) https://platform.kik.com/content/files/16f1107e-f29b-447b-99a2-cf8fabaa1288?k=7ee1cb9f4180c181877f70918b03d6cd218a5ef8 or 16f1107e-f29b-447b-99a2-cf8fabaa1288.jpg

5) https://platform.kik.com/content/files/7c8d4bd4-9252-40f1-97f5-2caaae7a959f?k=7bf0b8dd2ee4a77aa0f84e398d516a39342d54ac or 7c8d4bd4-9252-40f1-97f5-2caaae7a959f.mp4

6) https://platform.kik.com/content/files/2fded385-6238-4f3b-8d8a-7baa48f877e3?k=01e15e4d97a706845cd3141971f4c3f3030bc10c or 2fded385-6238-4f3b-8d8a-7baa48f877e3.mp4

7) https://platform.kik.com/content/files/c07c30a9-c457-42c3-8d08-e264a3b3fb55?k=2f4525c5251e52ef344539c425538104bfb9546f or c07c30a9-c457-42c3-8d08-e264a3b3fb55.jpg

8) https://platform.kik.com/content/files/d8e65735-9370-4d39-be0c-4110ac8f195f?k=166b4d7c8c8cfee250f7e601718c97058cbf4109 or d8e65735-9370-4d39-be0c-4110ac8f195f.jpg

9) https://platform.kik.com/content/files/84d988ff-061f-4c49-8f2a-51a22dd9266d?k=f5dfcae8ca156a719bb09929a9022eeb123362c5 or 84d988ff-061f-4c49-8f2a-51a22dd9266d.jpg

10) https://platform.kik.com/content/files/77e1f803-ca45-4635-bbd9-6c76d7943951?k=0b70d4932b4bb074edd1915a1f55567eea5ce702 or 77e1f803-ca45-4635-bbd9-6c76d7943951.jpg

11) https://platform.kik.com/content/files/9767f0fb-223f-44a7-a5b0-

66a3f2835607?k=88b5113e6e62b2da35005e764e9b9c58d277adfd or 9767f0fb-223f-44a7-a5b0-66a3f2835607.mp4

    12)    https://platform.kik.com/content/files/b912343b-42e5-4aa2-838b-1869e3cc15e0?k=665a26ba70602040aedb256ac9bd1040761e3876 or b912343b-42e5-4aa2-838b-1869e3cc15e0.jpg

    13)    https://platform.kik.com/content/files/ed8e1d80-66fa-4de9-b768-eca83f4ee626?k=4a71be914a5912bff4365cb971486d8767b5375b or ed8e1d80-66fa-4de9-b768-eca83f4ee626.jpg

    14)    https://platform.kik.com/content/files/4059142d-e30c-4968-bb29-eb494e172bfa?k=12e8931293027c96aef08bbcd3e78896ee90e2d9 or 4059142d-e30c-4968-bb29-eb494e172bfa.jpg

    15)    https://platform.kik.com/content/files/014dfa66-f7cf-41e5-b0aa-80994b503286?k=937df27f8001075689fece9f1b4c732867757c49 or 014dfa66-f7cf-41e5-b0aa-80994b503286.jpg

    16)    https://platform.kik.com/content/files/d47dbc5c-b0af-4cc1-bac1-0fcb1bd66d83?k=aa7b90ec1050f8192c378c68f1eb6c06916c4f36 or d47dbc5c-b0af-4cc1-bac1-0fcb1bd66d83.jpg

    17)    https://platform.kik.com/content/files/f727777c-62a7-4a31-bef0-8b0a5132b338?k=6ecbeae810100b7968f7963ce2470cfdcab304c5 or f727777c-62a7-4a31-bef0-8b0a5132b338.jpg

    18)    https://platform.kik.com/content/files/3f066f2d-b4a8-413c-b446-38a1e3696b41?k=44e4ead0c25fa52063358c0694384ba43b21e492 or 3f066f2d-b4a8-413c-b446-38a1e3696b41.jpg

    19)    https://platform.kik.com/content/files/bdda9178-0e4f-4850-b4d5-aabba12167c1?k=950af27694ec3870915bd11bb5d0f5a72e5e1c86 or bdda9178-0e4f-4850-b4d5-aabba12167c1.jpg

    20)    https://platform.kik.com/content/files/afa8a01a-cb1f-4a99-9900-7d234e52cc5b?k=2a83967a5ac6ed93a622e926c8142f9233242768 or afa8a01a-cb1f-4a99-9900-

7d234e52cc5b.mp4

21) https://platform.kik.com/content/files/ab05b5b0-f6f7-4d39-806a-d4ecba0c295d?k=34e8557143a57070e36b0beec4b8e0d3c0853494 or ab05b5b0-f6f7-4d39-806a-d4ecba0c295d.mp4

22) https://platform.kik.com/content/files/e157e368-21bd-4871-a156-bc0d9898f74a?k=275fd55382af623868ec007f2401ed8ad5e73726 or e157e368-21bd-4871-a156-bc0d9898f74a.mp4

The United States reserves the right to supplement this notice and/or the evidence at trial with additional images, should the Government become aware of them after the defense's requested discovery deadline of January 31, 2019.

With this response the Government requests that the Court dismiss the defendant's Motion for a bill of particulars for mootness.

Respectfully submitted,

Dated: December 17, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ DAVID GAPPA
  DAVID GAPPA
  Assistant U.S. Attorney

/s/ NADIA PRINZ
  NADIA PRINZ
  Trial Attorney