| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, #294141 |
| | VICTOR M. CHAVEZ, #113752 |
| 3 | Assistant Federal Defenders |
| | Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA  93721-2226 |
| 5 | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 6 | Attorneys for Defendant |
| | ASHLEY MADDOX |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:17-cr-00167 DAD-BAM |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S REPLY TO GOVERNMENT'S |
| | ) | RESPONSE TO DEFENDANT'S MOTION |
| vs. | ) | FOR DISCOVERY |
| | ) | |
| ASHLEY MADDOX, | ) | Date: January 14, 2019 |
| | ) | Time: 1:00 p.m. |
| Defendant. | ) | Judge: Honorable Barbara A. McAuliffe |
| | ) | |

Defendant Ashley Maddox, through her counsel of record hereby replies to the Government's Response to Defendant's Motion for Discovery as follows:

1. With regard to defendant's request for release of a copy of all non-contraband images the parties have discussed the issue and it appears that the parties will resolve any issues with this request.  (This request is at page 8:5 of defendant's motion, Doc. 64)

2. The government objects to defendant's request number 1. (Government's Response, Doc. 69, p. 2:17)  The defense request is set forth at p.5:1, Doc. 64)  This request is directed at statements made by any alleged minor victim which have been memorialized by the government or are in the government's possession. For example, this would include a journal kept by a victim concerning the subject matter of the

alleged abuse. Such a document would fall into the category of books, papers, documents, data, photographs, tangible objects … or portions of any of these, if the item is within the government's possession, custody, or control and the item is material to preparing the defense. (Federal Rules of Criminal Procedure, Rule 16 (a)(1)E) Discovery of such a document does not depend on admissibility of the document itself, nor on a minor victim being called as a witness at trial. The fact that an alleged victim of sexual abuse produced a journal to discuss the alleged sexual abuse is significant in itself. The content of the journal is material to the preparation of the defense.

Defense counsel will contact government counsel to further discuss this discovery request.

HEATHER E. WILLIAMS
Federal Defender

DATED: January 2, 2019           */s/ Victor M. Chavez*
VICTOR M. CHAVEZ
MEGAN T. HOPKINS
Assistant Federal Defenders
Attorneys for Defendant
ASHLEY MADDOX