United States v. Ashley Maddox

1:17-cr-00167 DAD-BAM

Declaration of Megan Hopkins

**Exhibit B**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ASHLEY MADDOX,<br><br>    Defendant. | Case No. 1:17-cr-00167-DAD-BAM<br><br>**DECLARATION OF MEGAN T. HOPKINS** |

I, Megan T. Hopkins, hereby declare as follows:

1. My name is Megan Taylor Hopkins.

2. I am an attorney licensed to practice in the State of California and in the United States Federal Court for the Eastern District of California. I am an Assistant Federal Defender at the Office of the Federal Defender for that same district.

3. The Federal Defender was appointed to represent Ashley Maddox in federal case number 1:17-cr-00167 DAD-BAM. I, in addition to my co-counsel Victor M. Chavez, am the attorney assigned to represent Ms. Maddox in that case.

4. On December 4, 2018 I received a phone call from Ms. Maddox's father, David Maddox, expressing his concern that Ms. Maddox was "not doing well" and needed to see me immediately.

5. On that same date, I went to visit Ms. Maddox at the Fresno County Jail South Annex Building, and was advised by Ms. Maddox that she feared she was "losing her mind" due to the conditions of her confinement.

6. When pressed to explain the conditions of her confinement, Ms. Maddox shared with me that she was on 24-hour "lockdown" and had been for the entire time she has been detained. She described not being allowed out of her cell for more than four hours in a week, not being permitted to shower on a daily basis, and

|   |   |   |
|---|---|---|
| | | sometimes losing the ability to shower for several days, not having the option to visit with her family outside of seeing them on a monitor screen, and continually being denied mental health services despite her worsening condition. |
| | 7. | That same day, I notified United States Marshal AJ Castanedas and Fresno County Jail Medical Supervisor Hayley Mehlhoff of the conditions of Ms. Maddox's confinement, and my concern that they are unconscionable and detrimental to her mental state. Ms. Mehlhoff responded by forwarding my email to Lieutenant Ned Barton so that he might address my concerns. Ms. Castanedas did not respond. |
| | 8. | Following multiple follow-up emails from me, Lieutenant Barton replied on December 13, 2018 and advised that no other housing options are available due to limitations of the Fresno County Jail facilities. |
| | 9. | On December 20, 2018 I contacted United States Marshal AJ Castanedas again, and copied the government in the correspondence, asking that she and I meet in an effort to come up with a solution together.  Ms. Castanedas and I spoke briefly by phone a few days later.  It is my understanding that AUSA David Gappa also spoke with Ms. Castanedas.  At that time, Ms. Castanedas agreed to contact Lerdo pretrial facility to inquire whether or not they could house Ms. Maddox under less punitive conditions. |
| | 10. | I heard back from Ms. Castanedas on January 4, 2019 via email, in which she advised that the only alternative housing available through the United States Marshals Service would be at Lerdo's pretrial facility, which would house her under similar punitive conditions, in administrative segregation, based solely on the nature of her charges. |

//

I declare under penalty of perjury that the matters herein as to which I have personal knowledge are true and correct.

Executed this 9th day of January, 2019, in Fresno, California.

/s/ Megan T. Hopkins
MEGAN T. HOPKINS