| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar No. 122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar No. 294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | ASHLEY MADDOX |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-0167 DAD-BAM |
| Plaintiff, | |
| vs. | REQUEST FOR WAIVER OF DEFENDANT'S PERSONAL APPEARANCE; ORDER THEREON |
| ASHLEY MADDOX, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, ASHLEY MADDOX, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence for the hearing scheduled to take place January 14, 2019, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, Assistant Federal Defenders, Megan T. Hopkins and Victor M. Chavez, the same as if Defendant were personally present, and requests that this court allow her attorneys-in-fact to represent her interests.

This request is made due to the fact that Defendant is presently suffering from a combination of depression and anxiety, which is exacerbated through transport and a day spent in the Marshals' lockup area. Given that Ms. Maddox's presence is not critical to the nature of the hearing, which will only address Defendants single outstanding discovery request, Ms. Maddox asks that the Court waive her appearance at the January 14, 2019 hearing.

DATED: January 10, 2019          /s/ Original signature on File
                                 ASHLEY MADDOX


DATED: January 10, 2019          /s/ Megan T. Hopkins
                                 MEGAN T. HOPKINS
                                 VICTOR M. CHAVEZ
                                 Assistant Federal Defenders
                                 Attorneys for Ashley Maddox

## **O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at the January 14, 2019 hearing.

IT IS SO ORDERED.

Dated: __**January 10, 2019**__          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE