| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141 |
| | VICTOR M. CHAVEZ, Bar #113752 |
| 3 | Assistant Federal Defenders |
| | Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 5 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 6 | |
| | Attorneys for Defendant |
| 7 | ASHLEY MADDOX |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 1:17-cr-00167 DAD-BAM |
| Plaintiff, | | |
| vs. | | REQUEST FOR WAIVER OF DEFENDANT'S PERSONAL APPEARANCE; ORDER THEREON |
| ASHLEY MADDOX, | | |
| Defendant. | | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, ASHLEY MADDOX, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence for the hearing scheduled to take place March 25, 2019, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorneys, Assistant Federal Defenders, Megan T. Hopkins and Victor M. Chavez, the same as if Defendant were personally present, and requests that this court allow her attorneys-in-fact to represent her interests. The government does not oppose this request.

This request is made due to the fact that client is detained at the Wayne Brown Correctional Facility in Nevada City, Nevada. A transfer back to Fresno County jail to attend hearings is onerous on U.S. Marshals and imposes a physical and emotional hardship on client due to the conditions of confinement she is subject to at Fresno County jail. Defense requests that her personal appearance at all future non-substantive hearings be waived.

| | |
|---|---|
| DATED: March 4, 2019 | /s/ Original signature on File<br>ASHLEY MADDOX |
| DATED: March 4, 2019 | /s/ Megan T. Hopkins<br>MEGAN T. HOPKINS<br>VICTOR M. CHAVEZ<br>Assistant Federal Defenders<br>Attorneys for Ashley Maddox |

O R D E R

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at all future non-substantive hearings.

IT IS SO ORDERED.

Dated: **March 4, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE