1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, #294141
   VICTOR M. CHAVEZ, #113752
3  Assistant Federal Defenders
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
5  Telephone: (559) 487-5561
   Fax: (559) 487-5950
6
   Attorneys for Defendant
7  ASHLEY MADDOX

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:17-cr-00167-DAD-BAM
12 | Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING
13 | vs. |
14 | ASHLEY MADDOX, | Date: October 7, 2019
   |  | Time: 1:30 p.m.
15 | Defendant. | Judge: Hon. Dale A. Drozd

16

17         IT IS HEREBY STIPULATED by and between the parties hereto, through their

18 respective counsel, that the sentencing hearing in the above-captioned matter now set for August

19 28, 2019 at 10:00 a.m., before the Honorable Dale A. Drozd, may be continued to October 7,

20 2019, at 1:30 p.m.

21         This matter was originally scheduled for sentencing on August 26, 2019 at 10:00 a.m.,

22 however it was moved to August 28, 2019 by minute order in light of the Court's unavailability

23 on August 26, 2019.  The defense is unavailable on August 28, 2019 due to previously scheduled

24 travel.  The parties have met and conferred regarding a mutually convenient date and time for

25 sentencing and have agreed on October 7, 2019 at 1:30 p.m.  Defense counsel inquired of the

26 Court regarding its availability on that date and time and confirmed that the Court is available.

27

28

Therefore, it is the request of the parties that the sentencing hearing be continued to October 7, 2019 at 1:30 p.m., or as soon thereafter as the Court is available.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: July 22, 2019          /s/ Megan T. Hopkins
Megan T. Hopkins
Assistant Federal Defender
Attorney for Defendant
ASHLEY MADDOX


McGREGOR SCOTT
United States Attorney

DATED: July 22, 2019    By:    /s/ David Gappa
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

## **O R D E R**

IT IS SO ORDERED that the sentencing hearing in the above-entitled case shall be continued to October 7, 2019 at 1:30 p.m.

IT IS SO ORDERED.

Dated:  **July 22, 2019**

_____
UNITED STATES DISTRICT JUDGE