HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, #294141
VICTOR M. CHAVEZ, #113752
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ASHLEY MADDOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY MADDOX,<br><br>Defendant. | Case No. 1:17-cr-00167-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>Date: November 4, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for October 7, 2019 at 10:00 a.m., before the Honorable Dale A. Drozd, may be continued to November 4, 2019, at 10:00 a.m.

Defense is currently in trial which will continue into next week. Additional time is necessary to adequately prepare formal objections, which, in light of the final PSR, will be substantial. The government does not object to this continuance.

Therefore, it is the request of the parties that the sentencing hearing be continued to November 4, 2019 at 10:00 a.m., or as soon thereafter as the Court is available.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: September 23, 2019         /s/ Megan T. Hopkins
                                  Megan T. Hopkins
                                  Victor M. Chavez
                                  Assistant Federal Defenders
                                  Attorneys for Defendant
                                  ASHLEY MADDOX


McGREGOR SCOTT
United States Attorney

DATED: September 23, 2019    By:  /s/ David Gappa
                                  DAVID GAPPA
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

## **O R D E R**

The sentencing hearing in the above-entitled case shall be continued to November 4, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **September 23, 2019**

_____
UNITED STATES DISTRICT JUDGE

MADDOX: Stipulation to Continue Sentencing Hearing

2