IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>ASHLEY MADDOX,<br><br>*Defendant*. | Case No. 1:17-cr-00167-DAD-BAM<br><br>ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S APPLICATION TO FILE SENTENCING MEMORANDUM UNDER SEAL |

On October 28, 2019 counsel for defendant filed with the court a notice of filing under seal and also submitted to the court both defendant's sentencing memorandum and exhibits in support thereof for filing under seal. (Doc. No. 102.) That notice, which the court will construe as an application to authorize the filing of those documents under seal, was based merely on the representation that the documents contain sensitive and confidential medical information and a discussion of the facts of this case. (Doc. No. 102.) The court is of the initial belief that the latter would not justifying the sealing of documents filed with the court in this action. The court has also very briefly reviewed the defense sentencing memorandum and is left with the impression that it contains little confidential medical information. The court is also of the belief that to the extent any sealing order is appropriate, it should be limited in scope to truly confidential information. In this regard, the court has reviewed its order authorizing the sealing of defendant's objections to the presentence report (Doc. No. 99) and will *sua sponte* reconsider

| | |
|---|---|
| 1 | that order for the reasons discussed above and because defendant's objections to the presentence |
| 2 | report appear to include little, if any, confidential information. |
| 3 | Accordingly, defendant's notice of filing under seal, deemed to be a request to authorize |
| 4 | a filing under seal, will be denied without prejudice to an application properly supporting both |
| 5 | that request and the previously granted request to file the defense objections to the presentence |
| 6 | report under seal. Any such application shall be filed by October 31, 2019.[1] |

IT IS SO ORDERED.

Dated: **October 29, 2019**  _/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

---

[1] Defendant's counsel has also indicated a desire to have the government's October 28, 2019 Sentencing Memorandum sealed. Unless the government has agreed to move for sealing, defendant is directed to include support for a defense request to seal that filing as well in any supplemental application for sealing filed with the court.

2