HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
MEGAN T. HOPKINS, CA SBN #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
ASHLEY MADDOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 1:17-cr-00167-DAD-BAM |
| Plaintiff, | ) |
| | ) **MOTION TO SEAL GOVERNMENT'S** |
| vs. | ) **SENTENCING MEMORANDUM** |
| | ) |
| ASHLEY MADDOX, | ) Judge: Hon. Dale A. Drozd |
| | ) Date: November 4, 2019 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) |
| | ) |

Defendant Ashley Maddox hereby moves this Court for an order sealing those portions of the government's sentencing memorandum which contain sensitive and confidential medical or mental health information.[1]

The sealing is requested pursuant to Eastern District Local Rule 141 and Federal Rule of Criminal Procedure 57(a)(1). The Court has inherent power to seal documents. *See United States v. Gurolla*, 333 F.3d 944 (9th Cir. 2003) (recognizing authority to accept submissions under seal); see also *United States v. Hickey*, 185 F.3d 1064 (9th Cir. 1999); *United States v. Hardwell*, 80 F.3d 1471, 1483-84 (10th Cir. 1996). In this district, it is common practice to seal those documents or portions of documents which contain sensitive and confidential information

---

[1] This concerns addressed in this motion may become moot should the Court grant the defendant's earlier motion to strike the government's sentencing memorandum on other grounds.

1   that would not ordinarily be available to the public, including a defendant's mental health
2   condition, diagnoses, or the impact of their diagnosis on other aspects of the case.
3       In the government's sentencing memorandum, it identifies two of Ms. Maddox's mental
4   health diagnoses, which should be sealed given the nature of the information[2]. The government
5   also discusses the contents of a confidential report and evaluation of Ms. Maddox by Dr. Richard
6   Geisler[3]. References and quotations from Dr. Geisler's report should also be filed under seal,
7   given the nature of the report and the context (a confidential evaluation with a mental health
8   professional) in which Ms. Maddox made the statements referred to and quoted by the
9   government.
10      Ms. Maddox therefore requests an order from this Court directing the sealing of those
11  portions of the government's sentencing memorandum identified herein. Specifically, Ms.
12  Maddox requests to seal those portions of the sentencing memorandum contained at page 4, lines
13  16-18 and 20-25 and page 16, lines 19-20.[4]

14  **CONCLUSION**

15  Based upon the foregoing, Ms. Maddox's very limited request to seal portions of the
16  government's sentencing memorandum should be granted.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 31, 2019   */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
ASHLEY MADDOX

---

[2] Dkt. 101, Page 4:16-18.
[3] Dkt. 101, Pages 4: 20-25 and 16:19-20
[4] The government's sentencing memorandum is not formatted to align with precise numbered lines of text, and so the lines set forth in this motion are best estimates of the sections for which sealing is requested.