*United States v. Ashley Maddox*

Case No. 1:17-cr-00167 DAD-BAM

Gary Cooper's Booking Sheet

Exhibit C

**Return to Search Results**

| Missouri Sex Offender | Addresses | Vehicles | Offenses | Scars, Marks and Tattoos | Alias Information | Photos | Release Information |

Name: **Gary Douglas Cooper**
(First Middle Last)

Date of Birth: 03/13/1961

## Most Recent Offense

Offense: Sexual Misconduct-2nd *, More Information
* This link reflects the current statute and due to continuous legislative changes, may not be indicative of the statute at the time the offender was convicted.

Date: 12/01/1999

Offender Age at Time of Offense: 38 years old

Victim Gender/Age: Female/13

Offense City/State: Carthage, MO



Email Track

**Absconder Noncompliant**

[link to definition]

## Physical Description

| Height: | 6 feet 00 inches |
| Weight: | 424 lbs |
| Eye Color: | Hazel |
| Hair Color: | Brown |
| Race: | White |
| Gender: | Male |

## Home Address

| Street: | Unknown |
| City: | Miller |
| State: | MO |
| Zip Code: | 65707 |
| County: | Lawrence |

*United States v. Ashley Maddox*

Case No. 1:17-cr-00167 DAD-BAM

Gary Cooper's Court Documents

Exhibit D



IN THE 29TH JUDICIAL CIRCUIT COURT, JASPER COUNTY, MISSOURI

| Judge or Division: RICHARD D COPELAND | Case Number: 29R050000318 |
|---|---|
| Case Name: ST V GARY D COOPER | |

## Certificate of Clerk

I, Melissa Holcomb, Clerk of the Circuit Court, Division V of Jasper County, which said court is a court of record, having a clerk and seal, certify that the attached is a true, accurate and complete copy of the Docket Sheet, Sentence and Judgment, Amended Information, Information, and Probable Cause Affidavit in the above entitled case, as the same appears of record and on file in this office.

WITNESS my hand and the seal of the court affixed hereto on     8/10/2017    .

COURT SEAL OF
JASPER COUNTY

/s/Katie Belk
Clerk

COURT SEAL OF
JASPER COUNTY

IN THE CIRCUIT COURT OF JASPER COUNTY, MISSOURI,
ASSOCIATE DIVISION AT JOPLIN

STATE OF MISSOURI                               CR500-318M

PLAINTIFF
      VS
                                        BOND AMOUNT: 1,000.00

GARY D COOPER
411 S. ELLIOTT
WEBB CITY MO 64870
 DEFENDANT

DEFENDANT ATTORNEY:

DOCKET SHEET

1-27-00  INFORMATION FILED BY STATE:
CT 1: CLASS A MISD. SEXUAL MISCONDUCT - 1ST. DEGREE
CT 2:
CT 3:
CT 4:

JUDGE FINDS PROBABLE CAUSE AND WARRANT ISSUED.

Bonded with _Troyer_

5-22-00  Bonded w/ _____ case set 6-14-00

6-14-00  State appears by _Mike Roberts_
Defendant appears in person, is formally arraigned. Court informs
Defendant of the right to counsel, the right to remain silent, and that
any statement made by Defendant may be used against him.
Def. enters plea of Not Guilty. Trial set
6-28-00

Defendant claims indigent. Court appoints
Public Defender to represent Defendant.

6-28-00  STATE APPEARS BY _Mike Roberts_
DEF. APPEARS IN PERSON (NOT) (BY ATT.) _R. Wallace_
AGREE CONT. 7-12-00

7-12-00  State appears by Nick Marshall. D
appears in person
State appears by _Nick Marshall_   D appears Wallace
Defendant appears in person, is formally arraigned. Court informs   Appears w/o.
Defendant of the right to counsel, the right to remain silent, and that
any statement made by Defendant may be used against him   Amended Info.
Def. enters plea of Not Guilty. Trial set
D sentenced 1 yr county
jail. SES + D placed on 1 yr Sup. Prob.
Cond: Lents + 50 PD + 10 CVCF  5-71-15. 5815

| Report: CZR0026 | 29th Judicial Circuit<br>Associate Div V Jasper Co.<br>Circuit Court Docket Sheet | Date: 06-May-2002<br>Time: 3:15:34PM<br>Page: 1 |
|---|---|---|

| 29R050000318 | ST V GARY D COOPER | Security Level: 1 Public |
|---|---|---|

| Case Type: | AC Misdemeanor | Case Filing Date: | 27-Jan-2000 |
|---|---|---|---|
| Status: | Warrant Served | | |
| Disposition: | Guilty Plea | Disposition Date: | 12-Jul-2000 |
| OCN#: | Not on File | | |
| Arresting Agency: | Not on File | | |

| | | Released Date | Reason |
|---|---|---|---|
| Judge | RICHARD D COPELAND (21446) | | |
| Defendant | GARY D COOPER (C1000333) | | |

| Charge # | Charge Date | Charge Code | Charge Description |
|---|---|---|---|

**Original Charge:** 1   27-Jan-2000   2201000   Sexual Misconduct(Misdemeanor A RSMo : 566.090)
**Disposition:** 12-Jul-2000   Guilty Plea
**Sentence:** Incarceration County Jail   **Sentence Date:** 12-Jul-2000   **Start Date:** 12-Jul-2000   **Length:** 1 Years
**Text:** Defendant sentenced to 1 year county jail, ses and defendant placed on 1 year supervised probation, condition on paying $69.50 court cost, $10.00 cvcf, $50.00 PD fee.

| Program: | PROBATION | Agency: | Missouri Board of Probation & Parole |
|---|---|---|---|
| Classification: | SUPERVISED | Outcome: | Successfully Completed |
| Start Date: | 12-Jul-2000 | Due Date: 02-May-2002 | End Date: 02-May-2002 |

| Filing Date | Description |
|---|---|
| 27-Jan-2000 | **Filing:**<br>SEE CASE FILE FOR DOCKET ENTRIES PRIOR TO CONVERSION DATE 23-JUN-00 |
| 29-Jun-2000 | **Hearing Scheduled**<br>Scheduled For: 12-Jul-2000; 9:30 AM; RICHARD D COPELAND; **Setting:** 1 |
| 12-Jul-2000 | **Guilty Plea**<br><br>**Defendant Sentenced**<br><br>**Judgment Entered**<br>Defendant sentenced to 1 year county jail, ses and defendant placed on 1 year supervised probation, condition on paying $69.50 court cost, $10.00 cvcf, $50.00 PD fee.<br>Judgment Against: GARY COOPER; Amount: $89.50; Satisfied Date: 01-Apr-2002<br><br>**Order for Supervised Probation**<br><br>**Misd Costs Assc Tax-Reg-w/cost**<br>Filed By: GARY D COOPER<br><br>**Judgment CVC $10 - Other**<br>Judgment Against: GARY COOPER; Amount: $.00; Satisfied Date:<br>Filed By: GARY D COOPER |
| 19-Apr-2001 | **Case Review**<br>JUDGES DOCKET ENTRY: P.D. FILES VIOLATION. ISSUE SUMMONS FOR 5/2/2001. RC<br>Scheduled For: 12-Jul-2000; 9:30 AM; RICHARD D COPELAND; **Setting:** 1 |

| Report: CZR0026 | 29th Judicial Circuit<br>Associate Div V Jasper Co.<br>Circuit Court Docket Sheet | Date: 06-May-2002<br>Time: 3:15:34PM<br>Page: 2 |
|---|---|---|

| 29R050000318 | ST V GARY D COOPER | Security Level: 1 Public |
|---|---|---|

| 23-Apr-2001 | **Probation Viol Hrng Scheduled**<br>**Scheduled For:** 02-May-2001; 9:30 AM; RICHARD D COPELAND; **Setting:** 1 |
|---|---|
| | **Criminal Summons Issued**<br>PROBATION VIOLATIN SUMMONS ISSUED TO DEFENDANT BY REGULAR MAIL, TO RETURN TO COURT MAY 2, 2001 AT 9:00 AM,<br>**Document ID:** 01-SCPV-54; **Issued To:** GARY D COOPER |
| 02-May-2001 | **Hearing Held**<br>State appears by Mike Roberts, APA and defendant appears with aitny, Richard Ong, PD. Court extends probation for 1 year.<br><br>So Ordered. Richard D. Copeland, Judge |
| 14-Jun-2001 | **Filing:**<br>Field face sheet and Case summary report filed by probation and parole |
| 15-Jun-2001 | **Warrant Fail Pay Fines/Costs**<br>Bond set at $79.50<br>**Document ID:** 01-ARWA-1324; **Issued To:** GARY D COOPER; **Service/Attempt Date:** 25-Mar-2002<br>**Bond Amount:** $79.50 |
| 01-Apr-2002 | **Costs &/or Fines Paid in Full** |
| 02-Apr-2002 | **Warrant Served**<br>**Document ID:** 01-ARWA-1324; **Issued To:** GARY D COOPER; **Service/Attempt Date:** 25-Mar-2002 |
| 02-May-2002 | **Order- Probation Discharged**<br>k.c. |
| 06-May-2002 | **Filing:**<br>Final Case Summary Report filed by Donna Thomas, Probation Officer of Probation & Parole. kc |



## IN THE 29th Judicial Circuit COURT OF Jasper COUNTY, MISSOURI

| Judge or Division: <br> RICHARD D COPELAND ( 21446 ) <br> DIV5J | Case Number: 29R050000318 <br> ☐ Change Of Venue from |
|---|---|
| | Offense Cycle No: |
| State Of Missouri                           vs. <br><br> Defendant: GARY D COOPER(C1000333) <br> 411 S ELLIOTT <br> WEBB CITY MO 64870 | Prosecuting Attorney/MO Bar No: <br><br><br> Defense Attorney/Mo Bar No: |
| DOB :                           SSN : <br> SEX : | |
| ☐ Pre-Sentence Ordered <br> ☐ Pre-Sentence Waived | Appeal Bond Set Date : <br> Amount : |
| **Sentence and Judgment** ||

The court hereby finds the defendant guilty of the charges listed below and enters the following sentence and judgment

|  | Violation # | Violation Date | Charge Code | Charge Description |
|---|---|---|---|---|
| **Violation:** | 1 | 27-Jan-2000 | 2201000 | Sexual Misconduct |

**Misdemeanor A** RSMo : 566.090

| Disposition : | 12-Jul-2000 | Guilty Plea | | |
| Sentence Date : | 12-Jul-2000 | | Sentence : | Incarceration County Jail |
| Length : | 1 Years | | Start Date : | 12-Jul-2000 |
| Text : | Defendant sentenced to 1 year county jail, ses and defendant placed on 1 year supervised probation, condition on paying $69.50 court cost, $10.00 cvcf, $50.00 PD fee. | | | |
| Program : | PROBATION | | Agency : | Missouri Board of Probation & Parole |
| Classification : | SUPERVISED | | Outcome : | Successfully Completed |
| Start Date : | 12-Jul-2000 | | Due Date : | 02-May-2002 |
| End Date : | 02-May-2002 | | | |

*[Signature]*

| | |
|---|---|
| The court finds beyond a reasonable doubt that the defendant is a: | |
| ☐ Persistent Sexual Offender (558.018 RSMo) | ☐ Dangerous Offender (558.016 RSMo) |
| ☐ Prior Drug Offender (195.285,.291,.292,.295, or .296 RSMo) | ☐ Prior Offender (558.016 RSMo) |
| ☐ Persistent Drug Offender (195.285,.291,.295, or .296 RSMo) | ☐ Persistent Offender (558.016 RSMo) |
| ☐ Persistent Misdemeanor Offender (558.016 RSMo) | ☐ Not Applicable |

☐ The court informed the defendant of verdict/finding, asks the defendant whether (s)he has anything to say why judgment should not be pronounced, and finds that no sufficient cause to the contrary has been shown or appears to the court.
Defendant has been advised of his/her rights to file a motion for post conviction relief pursuant to rule 24.035/29.15 and the court has found

☐ Probable Cause   ☐ No Probable Cause

to believe that defendant has received ineffective assistance of counsel.

| | |
|---|---|
| The Court further orders:<br>☐ The clerk to deliver a certified copy of the judgment and commitment to the sheriff.<br>☐ The sheriff to authorize one additional officer/guard to transport defendant to division of adult institutions.<br>☒ Judgment entered in favor of the State of Missouri and against the defendant for the sum of $10.00 for the crime victims compensation fund.<br>　　☐ Satisfied    ☒ Not Satisfied<br>☐ Judgment entered in favor of the State of Missouri and against the defendant for the sum of $0.00 for appointed counsel services.<br>　　☐ Satisfied    ☐ Not Satisfied<br>☐ Judgment entered in favor of the State of Missouri and against the defendant for the sum of $0.00 for the spinal cord injury fund.<br>　　☐ Satisfied    ☐ Not Satisfied<br>☐ Costs taxed against .<br>☐ Costs waived | ☐ §217.785 RSMo Post Conviction Non-Institutional Drug Treatment Program<br>☐ §217.785 RSMo Post Conviction Institutional Drug Treatment<br>☐ §217.362 RSMo Court Ordered Long Term Substance Abuse Program<br>☐ §217.378 RSMo Regimented Discipline Program<br>☐ §217.777 RSMo Community Corrections Program for Intensive Supervision.<br>☐ §559.115 RSMo Institutional Treatment Program. Department of Corrections shall provide a report and recommendation whether probation should be granted.<br>☐ §559.115 RSMo Sexual Offender Assessment Unit. Department of Corrections shall provide a report and recommendation whether probation should be granted.<br>☐ §559.115 RSMo Shock Incarceration Program Department of Corrections shall provide a report and recommendation whether probation should be granted. |

The Court further orders :

12-Jul-2000    Judgment Entered

Defendant sentenced to 1 year county jail, ses and defendant placed on 1 year supervised probation, condition on paying $69.50 court cost, $10.00 cvcf, $50.00 PD fee.

| **So Ordered:** | |
|---|---|
| Date | Judge |

I certify that the above is a true copy of the original Judgment and Sentence of the court in the above cause, as it appears on record in my office.

(Seal of Circuit Court)

| Issued on | |
|---|---|
| Date | Clerk |

IN THE CIRCUIT COURT OF JASPER COUNTY, MISSOURI
ASSOCIATE DIVISION, AT JOPLIN

STATE OF MISSOURI,             )
         Plaintiff,          )
                               )
vs.                            )    Case No. CR500- 318   M
                               )
Gary D. Cooper                 )
411 S. Elliott                 )
Webb City, MO  64870           )
DOB: 03-13-61                  )
SS#                            )
         Defendant.          )

AGENCY: Jasper County Sheriff's Department
CHARGE CODE: 2201000

AMENDED
INFORMATION

State of Missouri )
                  ) ss
County of Jasper  )

The Prosecuting Attorney of the County of Jasper, State of Missouri, charges that the defendant, in violation of Section 566.090, RSMo, committed the class A misdemeanor of sexual misconduct in the first degree, punishable upon conviction under Sections 558.011 and 560.011, RSMo, in that on or about December 16, 1999, in the County of Jasper, State of Missouri, defendant purposely subjected Ashley Maddox to sexual contact through the clothing without Ashley Maddox's consent.

Dean G. Dankelson,
Prosecuting Attorney of the
County of Jasper, State of
Missouri, by

_____
Office of Prosecuting Attorney

Dean G. Dankelson, Prosecuting Attorney of the County of Jasper, State of Missouri, being duly sworn, upon oath says that the facts stated in the above information are true, according to his best information, knowledge and belief.

_____
Office of Prosecuting Attorney

Sworn and subscribed before me this 28th day of Jan, 20 00.

Clerk of Associate Circuit Court
of the County of Jasper, Missouri
at Joplin

by _____
Deputy Clerk

FILED
JAN 28 2000
JASPER CO. CIRCUIT COURT
DIVISION V

IN THE CIRCUIT COURT OF JASPER COUNTY, MISSOURI
ASSOCIATE DIVISION, AT JOPLIN

STATE OF MISSOURI,  )
         Plaintiff,  )
     )
vs.  )  Case No. CR500-318    M
     )
Gary D. Cooper  )
411 S. Elliott  )
Webb City, MO 64870  )
DOB: 12-16-99  )
SS#  )
         Defendant.  )

AGENCY: Jasper County Sheriff's Department
CHARGE CODE: 2201000

INFORMATION

FILED
JAN 27 2000
JASPER CO. CIRCUIT COURT
DIVISION V

State of Missouri )
         ) ss
County of Jasper  )

    The Prosecuting Attorney of the County of Jasper, State of Missouri, charges that the defendant, in violation of Section 566.090, RSMo, committed the class A misdemeanor of sexual misconduct in the first degree, punishable upon conviction under Sections 558.011 and 560.011, RSMo, in that on or about December 16, 1999, in the County of Jasper, State of Missouri, defendant purposely subjected Ashley Maddox to sexual contact through the clothing without Ashley Maddox's consent.

                            Dean G. Dankelson,
                            Prosecuting Attorney of the
                            County of Jasper, State of
                            Missouri, by

                            _____
                            Office of Prosecuting Attorney

    Dean G. Dankelson, Prosecuting Attorney of the County of Jasper, State of Missouri, being duly sworn, upon oath says that the facts stated in the above information are true, according to his best information, knowledge and belief.

                            _____
                            Office of Prosecuting Attorney

    Sworn and subscribed before me this 27 day of Jan, 2000.

                            Clerk of Associate Circuit Court
                            of the County of Jasper, Missouri
                            at Joplin

                  by _____
                       Deputy Clerk

00-118

## PROBABLE CAUSE AFFIDAVIT

State of Missouri )
            ) ss
County of Jasper )

    The undersigned, being first duly sworn on his/her oath, states to the Court that I am an officer with the  Jasper co Sheriff . I state that I believe there is probable cause for the issuance of a warrant for the arrest of  GARY D. Cooper  for the charge of  Sexual Misconduct  based upon the following facts:

✱ Suspect put his hands under the clothing of 12 yr old Victim and touched her vagina.

```
FILED
JAN 27 2000
JASPER CO. CIRCUIT COURT
DIVISION II
```

    The undersigned being first duly sworn, upon his/her oath states that the facts stated herein are true according to his/her best information, knowledge and belief.

*[signature]*

Subscribed and sworn before me this _____ day of _____, 1999.

*[signature: Stephanie Jones]*
Notary Public

My Commission expires:

STEPHANIE JONES, Notary Public
State of Missouri, Jasper County
My Commission Expires Dec. 15, 2002

*United States v. Ashley Maddox*

Case No. 1:17-cr-00167 DAD-BAM

Letter to Judge Drozd from Donna West

Exhibit E

Donna E. West                                                                                                          September 25, 2019
706 Memorial Drive, Paris, TN  38242
West.Donna777@gmail.com

RE:  Ashley N. Maddox

To The Honorable Judge,

I am writing on behalf of Ashley Nichole Maddox.  I am Ashley's Aunt and Godmother and have known and been in contact with Ashley all of her life.  I was both troubled and surprised when I heard of this case as in all of the time I have known her she has proven to be of fine and reputable character despite her hard path growing up.  It is for this reason I am happy to write a letter of reference for Ashley regarding this matter.  I understand the seriousness of this matter, as does Ashley, but hope the Court will show some leniency.

My career has been 20 years with the IRS before moving to Tennessee, where I have worked for the Henry County Veteran's Service Office and then the State of Tennessee.  You have my permission to research my character if needed.

Ashley Maddox stayed with me for a few years while she was growing up and I always had a bed available for her at my house.  Her mother moved often and was not always able to supply a safe or secure home for Ashley.  There were many questionable characters in the home when they had a home and Ashley was molested as a young child by one of her mother's boyfriends.  Often we would have to walk through drug paraphernalia, trash, dirty diapers, animal feces and debris in the house to get Ashley when she called me.  Her mother would call me to keep her for her when she felt it necessary as well as Ashley calling when she needed me.  Often I had her every weekend and many days after school.  Ashley had night terrors and anxiety disorders so bad that she would tell me she thought she was going to die and couldn't breathe.  Her father joined NA and offered Ashley a home with him after her middle school grade years and Ashley seemed to thrive in a more secure and constant home life.

In general, Ashley, a bank teller, is known for being a loving mother and a hardworking single parent.  She loves to read and studying has always been one of her assets.  She has been a reliable member of her community for the years after high school and I was quite taken aback when she told me of her offense.  It was quite unexpected and out of character for her although men have always been a problem for Ashley as she suffers from a severe co-dependency disorder which she is working on.  I knew there was a problem in her life around the time of her offense and believe it was because of meeting this man.  I had moved to Paris, TN in 2006 from California and wasn't able to spend as much time with Ashley.  In the summer of 2016 on a visit to California as I was saying good bye to Ashley I gave her a hug and told her I loved her.  She broke down in tears and told me that I couldn't love her if I knew something bad she had done, and that she couldn't even love herself.  I now know this is what she was referring to at that time.  I told her then I would love her no matter what and forgive her anything just as God would and encouraged her to turn closer to God for strength.

I have kept in contact with Ashley while she has been in jail through weekly phone calls and letters and know that she is still the wonderful woman I know and love.  She is still battling depression but has been learning what she can to battle her depression in therapy and with medication when needed.  She is constantly searching and reading new self help books and continuing to strive to be a better person.

She has grown closer to God and found his Peace to help her get through and grow even in her dire circumstances.  I know beyond a shadow of a doubt that she would never repeat the offense and that Ashley would do anything she could for her children, even giving up a court trial to avoid her daughter any more discomfort.  With God's help and the help of her family and community I know she will not be a threat to the laws of her community as she continues to grow emotionally and mentally.  She is a caring young woman and deserves any leniency you can offer.

It is my sincere hope that the Court take this letter into consideration at the time of sentencing.  Despite the current case, I still know Ashley Maddox to be an honorable individual, a loving Mother and a valuable member of her community.

Respectfully,


Donna E West  731-336-6941