MCGREGOR W. SCOTT
United States Attorney
DAVID GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

NADIA C. PRINZ
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
1400 New York Avenue NW, Suite 600
Washington, DC 20005
Telephone: (202) 514-3740
Facsimile: (202) 514-1793
E-mail: nadia.prinz @usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00167 DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' RESPONSE TO DEFENSE MOTION TO STRIKE AND DEFENSE MOTION TO SEAL GOVERNMENT SENTENCING MEMORANDUM |
| ASHLEY MADDOX, | |
| Defendant. | |

Based on the defendant's most recent request for sealing (Docket Item 105), which is more specific and limited than the previous request, the government does not oppose the defendant's request to seal (or redact) the two references in the government's sentencing memorandum (Docket Item 101) about which the defense is concerned.

The court should deny the defense motion to strike the government's sentencing memorandum (Docket Item 103). For the purpose of clarifying the record, the government's intent in the sentencing

1

memorandum was to articulate its arguments for why a sentence of 216 months imprisonment is appropriate in this case. The government has in no way argued, nor does it intend to argue, either explicitly or implicitly, for a sentence of imprisonment greater than 216 months, the limit that was memorialized in the plea agreement between the parties. Rather, the government's intent in its sentencing memorandum was to point out that by virtue of the plea agreement, Maddox has already received what is tantamount to a significant variance and/or departure. Furthermore, in the government's view, the guideline calculation in the PSR is correct, including the specific offense characteristics and the application of the special victim instruction as outlined by Probation. The government also submits that any additional departure, particularly for aberrant behavior, is not appropriate in light of the defendant's conduct as well as the nature and circumstances of this offense. The government's sentencing memorandum was intended simply to communicate these arguments to the court and to the defendant in advance of the sentencing hearing, at which both parties will have the chance to advocate for a sentence within the ranges established by the plea agreement.

As a final matter, the government alerts the court and defense counsel that it has received recent communication from Jonathan Cumbry who has stated a desire to address the court at the sentencing hearing. He hopes to be able to attend the sentencing hearing in person. The government has suggested that he prepare a written statement for the court's consideration, and the government will forward a copy of any statement that it receives.

                                           McGREGOR W. SCOTT
                                           United States Attorney

                               By: /s/ David Gappa
                                    David Gappa
                                    Assistant United States Attorney

                                   /s/ Nadia Prinz
                                   Nadia C. Prinz
                                   Trial Attorney
                                   United States Department of Justice
                                   Criminal Division
                                   Child Exploitation and Obscenity Section